AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ARTURO OCHOA,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER: **3:14-cv-00379-MMD-VPC**

G. LUCE, et al.,

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

  August 25, 2014                            **LANCE S. WILSON**
                                                     Clerk

                                                    /s/ D. R. Morgan
                                                      Deputy Clerk